IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01837-ZLW-CBS

PERVAIZ KAISER,
    Plaintiff,
v.

COLORADO DEPARTMENT OF CORRECTIONS,
    Defendant.

## ORDER TO SEAL AND TO STRIKE

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff Response to Interrogatories [sic]" (filed January 18, 2011) (doc. # 16).  First, pursuant to D.C. COLO. LCivR 5.5, responses to interrogatories are "non-filed discovery materials" not to be filed with the court.  The court will direct that Doc. # 16 be stricken from the record.  Second, because Doc. # 16 contains personal information that is inappropriate for public review, the court will direct that it be sealed.  Accordingly, IT IS ORDERED that:

    1.    The Clerk of the Court is directed to place under seal "Plaintiff Response to Interrogatories [sic]" (filed January 18, 2011) (Doc. # 16).

    2.    "Plaintiff Response to Interrogatories [sic]" (filed January 18, 2011)(Doc. # 16) is STRICKEN.

    DATED at Denver, Colorado this 19th day of January, 2011.

                                    BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge